# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:   INGRID R PECK                                 CASE NO: 09-05243
                                                       CHAPTER 13

         DEBTORS(S)                                    JUDGE: JACQUELINE P COX

                                                       NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   NATIONWIDE ADVANTAGE MTG

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0018 | 2133688 8118 CHRISTI | $ 5,309.53 | $ 5,309.53 | $ 5,309.53 |

Total Amount Paid the Trustee                                              $   5,309.53

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s)

INGRID R PECK
8118 S CHRISTIANA ST
CHICAGO IL 60652

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

Addtional Creditors

NATIONWIDE ADVANTAGE
7760 OFFICE PL DR
WEST DESMOINES IA 50266

Mortgage Arrearage Creditor

NATIONWIDE ADVANTAGE MTG
PO BOX 919000
DES MOINES IA 50391

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: INGRID R PECK                             CASE NO: 09-05243
                                                 CHAPTER 13

     DEBTORS(S)                                  JUDGE: JACQUELINE P COX

                                                 NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**     NATIONWIDE ADVANTAGE MTG

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0018 | 2133688 8118 CHRISTI | $ 5,309.53 | $ 5,309.53 | $ 5,309.53 |

Total Amount Paid the Trustee                                      $   5,309.53

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit              X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| INGRID R PECK<br>8118 S CHRISTIANA ST<br>CHICAGO IL 60652 | ROBERT J SEMRAD & ASSOC LLC<br>20 S CLARK ST 28TH FLR<br>CHICAGO IL 606030000 |

Addtional Creditors

NATIONWIDE ADVANTAGE
7760 OFFICE PL DR
WEST DESMOINES IA 50266

Mortgage Arrearage Creditor

NATIONWIDE ADVANTAGE MTG
PO BOX 919000
DES MOINES IA 50391

Electronic Service US Trustee

Date: June 27, 2012                     /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI S
### EASTERN DIVISION

IN RE:   INGRID R PECK                                    CASE NO: 09-05243
                                                          CHAPTER 13

         DEBTORS(S)                                       JUDGE:  JACQUELINE P COX

                                                          NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   NATIONWIDE ADVANTAGE MTG

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0018 | 2133688 8118 CHRISTI | $ 5,309.53 | $ 5,309.53 | $ 5,309.53 |

Total Amount Paid the Trustee                                                                $  5,309.53

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit                         X  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s)

INGRID R PECK
8118 S CHRISTIANA ST
CHICAGO IL 60652

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

Addtional Creditors

NATIONWIDE ADVANTAGE
7760 OFFICE PL DR
WEST DESMOINES IA 50266

Mortgage Arrearage Creditor

NATIONWIDE ADVANTAGE MTG
PO BOX 919000
DES MOINES IA 50391

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI** s
**EASTERN DIVISION**

IN RE:   INGRID R PECK                                              CASE NO: 09-05243
                                                                    CHAPTER 13

         DEBTORS(S)                                                 JUDGE: JACQUELINE P COX


                                                                    NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   NATIONWIDE ADVANTAGE MTG

--------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0018 | 2133688 8118 CHRISTI | $ 5,309.53 | $ 5,309.53 | $ 5,309.53 |

Total Amount Paid the Trustee                                                            $   5,309.53

--------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                        X   Direct by the Debtor(s)

--------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.

Debtor(s)

INGRID R PECK
8118 S CHRISTIANA ST
CHICAGO IL 60652

Debtors Attorney

ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO IL 606030000

Addtional Creditors

NATIONWIDE ADVANTAGE
7760 OFFICE PL DR
WEST DESMOINES IA 50266

Mortgage Arrearage Creditor

NATIONWIDE ADVANTAGE MTG
PO BOX 919000
DES MOINES IA 50391

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603